No. 81–1029.  INTERNATIONAL ASSOCIATION OF MACHIN-ISTS & AEROSPACE WORKERS, AFL–CIO, ET AL. *v.* TERRELL ET AL.  C. A. 5th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pullman-Standard* v. *Swint, ante,* p. 273.

No. 81–1666.  GRANT *v.* WASHINGTON PUBLIC EMPLOYMENT RELATIONS COMMISSION ET AL.  Sup. Ct. Wash. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Larson* v. *Valente, ante,* p. 228.